IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| HANK and HOPE CAMPBELL; ANITA and HARRY DAILY; JOHN and LINDA LANGE and SCOTT AND TAMMIE LOWERY | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:04CV641LS |
| PAREX, INC. | DEFENDANT |

### ORDER

This matter came before the court on the Defendant's Motion to Sever Claims of the Plaintiffs, which was filed on January 24, 2006, and to which the Plaintiffs have not responded. The basis of the Motion is the Defendant's allegation that the Plaintiffs (who are, apparently, different married couples) have construction claims related to buildings constructed in different locations at different times, and, possibly, by different contractors. Based on this contention, as well as the Plaintiffs' failure to object, the court finds that the Motion has merit and should be granted.

IT IS, THEREFORE, ORDERED that the Defendant's Motion to Sever Claims of the Plaintiffs is hereby **granted**. The Clerk is instructed to sever the claims of Anita and Harry Daily from this action and to create a new case with them as Plaintiffs. The Clerk is instructed to sever the claims of John and Linda Lange in the same manner. The Clerk is finally instructed to sever the claims of Scott and Tammie Lowery in the same manner.

IT IS SO ORDERED, this the 27th day of February, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE